Law Office of Patrick K. Hanly (Bar # 128521)
980 Ninth Street Suite 1600
Sacramento CA 95814
Telephone (916) 773-2211
Facsimile (916) 449-9543

Attorney for Defendant
Glen E. Meyers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S 13-0330 KJM |
| Plaintiff, | **(AMENDED) STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CONDITIONS OF RELEASE FOR CO-DEFENDANTS GLEN MEYERS AND AIMEE BURGESS TO ALLOW JAIL VISITS BETWEEN MEYERS AND BURGESS AND HER CHILDREN AND TELEPHONE CALLS FROM THE SACRAMENTO COUNTY JAIL** |
| v. | |
| GLEN EDWARD MEYERS, et al. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and their respective attorneys of record that pre-trial release conditions of GLEN EDWARD MEYERS and AIMEE BURGESS shall be modified as follows:

GLEN EDWARD MEYERS and codefendant AIMEE SHARON BURGESS may have visits at

STIP AND ORDER MODIFYING CONDITIONS OF
RELEASE TO ALLOW JAIL VISITS                1

the Sacramento County Jail and that BURGESS may bring her children with her during these visits. It is further agreed that MEYERS and BURGESS will not discuss their pending case and it is further agreed and understood that said visits shall be recorded by the jail.

IT IS FURTHER AGREED AND STIPULATED that GLEN EDWARD MEYERS may call AIMEE SHARON BURGESS from the Sacramento County Jail. It is further agreed that MEYERS and BURGESS will not discuss their pending case and it is further agreed and understood that said phone calls may be recorded by the jail.

This Stipulation modifies defendant BURGESS' SPECIAL CONDITIONS OF RELEASE Document 21 dated October 9, 2013, Special Condition 12, which prohibits BURGESS from associating with or having any contact with any co-defendant unless in the presence of counsel.

Dated: 11-25-2013                                     Michele Beckwith
                                                      Assistant U.S. Attorney
                                                      For the United States

Dated: 11-25-2013                                     Patrick K. Hanly
                                                      Attorney for Defendant Glen
                                                      E. Meyers

Dated: 11-25-2013                                     Joe Gazigli
                                                      Attorney for Defendant
                                                      Aimee Burgess

**IT IS SO ORDERED**:

Dated: November 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE