BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
MICHAEL D. MCCOY
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00330-KJM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| GLEN EDWARD MEYERS, and AIMEE SHARON BURGESS, | |
| Defendants. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendants Glen Edward Meyers and Aimee Sharon Burgess it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      Pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853(a), defendants Glen Edward Meyers and Aimee Sharon Burgess' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.    Any and all funds maintained at Scottrade brokerage account number 55530461, held in the name of Glen E. Meyers;

    b.    Any and all funds maintained at E*Trade Securities LLC account number 67575072, held in the name of Glen E. Meyers, except for $111,834.00, which the defendant may retain;

    c.    All Western Union money orders in the amount of $6,500, seized pursuant to warrant number 2:12-SW-0839 EFB;

1

2.      The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 18 U.S.C. § 1956, 21 U.S.C. § 841(a)(1) and 31 U.S.C. § 5324.

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Internal Revenue Service, in its secure custody and control.

4.      a.      Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 30th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE