JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
GLEN E. MEYERS

**FILED**

APR 22 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLEN E. MEYERS,<br><br>Defendant. | CR NO. S-13-330 KJM<br><br>[PROPOSED] ORDER TO SEAL EXHIBITS A-E TO DEFENDANT'S SENTENCING MEMORANDUM |

IT IS HEREBY ORDERED that defendant's Request for Order to Seal be granted and that the requested documents be filed under seal, permitting Assistant United States Attorney Michele Beckwith and Probation Officer Carol Chavez access to these documents unless otherwise ordered by this Court at a later time.

IT IS SO ORDERED.

Dated: 4/22/15

Hon. Kimberly J. Mueller
United States District Court

1