Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Defendant
Glen Meyers

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GLEN MEYERS,<br><br>    Defendant. | 2:13-cr-00330-KJM<br><br>ORDER |

**GOOD CAUSE APPEARING** the Court orders the court reporter to produce the sealed transcript of the sentencing hearing which occurred on April 22, 2015, and to provide a copy to attorney Krista Hart, but that the transcripts otherwise remain sealed unless or until Mr. Meyers decides to introduce the issues into the Ninth Circuit appeal.

DATED: June 29, 2015

_____
UNITED STATES DISTRICT JUDGE