BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00330-KJM |
|---|---|
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| GLEN E. MEYERS, et al., | |
| Defendants. | |

WHEREAS, on December 30, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982 and 21 U.S.C. § 853(a) based upon the plea agreements entered into between plaintiff and defendants Glen E. Meyers and Aimee Burgess forfeiting to the United States the following property:

    a.    Any and all funds maintained at Scottrade brokerage account number 55530461, held in the name of Glen E. Meyers;

    b.    Any and all funds maintained at E*Trade Securities LLC account number 67575072, held in the name of Glen E. Meyers, except for $111,834.00; and

    c.    All Western Union money orders in the amount of $6,500, seized pursuant to warrant number 2:12-SW-0839 EFB.

1

AND WHEREAS, beginning on January 8, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:  Lila Meyers.

AND WHEREAS, on June 6, 2015, Lila Meyers filed a timely petition alleging an interest in any and all funds maintained at Scottrade brokerage account number 55530461, held in the name of Glen E. Meyers and any and all funds maintained at E*Trade Securities LLC account number 67575072, held in the name of Glen E. Meyers, except for $111,834.00.

AND WHEREAS, on January 20, 2016, Lila Meyers filed a Withdrawal of Petition regarding her interest in in any and all funds maintained at Scottrade brokerage account number 55530461, held in the name of Glen E. Meyers and any and all funds maintained at E*Trade Securities LLC account number 67575072, held in the name of Glen E. Meyers, except for $111,834.00.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed assets pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Glen E. Meyers and Aimee Burgess.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The Internal Revenue Service – Criminal Investigations shall maintain custody of and control over the subject assets until they are disposed of according to law.

SO ORDERED this 26th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE