HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
GLEN EDWARD MEYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLEN EDWARD MEYERS,<br><br>　　　　Defendant-Movant. | Case No.: 2:13-cr-0330 KJM<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Meyer's Exhibits 1 and 2 to his emergency motion for a reduction in sentence and compassionate release shall be filed under seal until further order of this Court as they contain confidential medical records.

**IT IS SO ORDERED.**

September 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER