McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00330-KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| GLEN EDWARD MEYERS, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based on the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibits 2 and 3 to Government's Opposition to Defendant's Motion for Compassionate Release pertaining to defendant Glen Meyers, and the Government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's Request, sealing the Governments's Request and Exhibits 2 and 3 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

1 government would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds
2 that there are no additional alternatives to sealing the Government's Request and Exhibits 2 and 3 that
3 would adequately protect the compelling interests identified by the Government.
4 DATED:  October 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE